■ JEFFREY C. MCARTHUR, Appellant, v NANCY BELL, Formerly Known as NANCY MCARTHUR, Respondent. (Appeal No. 3.) [609 NYS2d 888] —Appeal unanimously dismissed without costs. *(see, Gifaldi v Dumont Co.,* 172 AD2d 1025, 1026). (Appeal from Order of Supreme Court, Suffolk County, Friedenberg, J.—Resettlement.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.

■ PAULA MESTRANDREA, Appellant, v FRED M. MESTRANDREA, Respondent. [610 NYS2d 895] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Leis, J. (Appeal from Order of Supreme Court, Suffolk County, Leis, J.—Child Support.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.